**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**MICHAEL G. MASON III, PLAINTIFF** | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   __Michael G. Mason III_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____Maine_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____Maine _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____Maine _____

7. District Court and Division in which venue would be proper absent direct filing:

_____USDC for the District of Maine _____

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐ Recovery® Vena Cava Filter

   ☐ G2® Vena Cava Filter

-2-

1       ☐    G2® Express (G2®X) Vena Cava Filter

2       ☑    Eclipse® Vena Cava Filter

3       ☐    Meridian® Vena Cava Filter

4       ☐    Denali® Vena Cava Filter

5       ☐    Other: _____

11. Date of Implantation as to each product:

3/20/2012_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:    Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑    Count XIII:    Fraudulent Concealment

☑ Count XIV: Violations of Applicable __Maine (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☑ Other(s): <u>All claims for Relief set forth in the Master Complaint, including pain and suffering, for an amount to be determined by the trier of fact.</u>

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 24nd day of June, 2017.

-4-

**On behalf of plaintiff**

By: <u>/s/ John A. Dalimonte</u>
    John A. Dalimonte (MA Bar No. 554554)
    (admitted *pro hac vice*)
    DALIMONTE RUEB LLP
    85 Devonshire Street, Suite 1000
    Boston, MA 02109
    Email: john@drlawllp.com
    Tel: (617) 302-9900
    Tel: (617) 742-9130

I hereby certify that on this 27th day of June, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/John A. Dalimonte</u>